Lance WINBERRY *v.* STATE of Arkansas

RC 89-38                                                          775 S.W.2d 896

Supreme Court of Arkansas
Opinion delivered September 18, 1989

*Ronald L. Griggs,* for appellant.

No objection.

PER CURIAM. Petitioner, Lance Winberry, by his attorney, Ronald L. Griggs, has filed a motion for rule on the clerk. His attorney takes responsibility for the record being tendered after the ninety-day time limit for filing a record in this court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry* v. *State,* 272 Ark. 243 (1981); *In re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.